## CARYL v. STAFFORD et al.

(Supreme Court, General Term, First Department.   April 17, 1893.)

Action by Julius H. Caryl against Francis X. Stafford and others.
Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.
Thos. Spratt, for defendants.
Nelson J. Waterbury, Jr., for plaintiff.
Motion dismissed.

---

## DANIELLS et al. v. STAFFORD et al.

(Supreme Court, General Term, First Department.   April 17, 1893.)

Action by William H. Daniells and others against Francis X. Stafford and others.
Thos. Spratt, for defendants.
Nelson J. Waterbury, Jr., for plaintiffs.
Motion dismissed.

---

## HAIGHT, Appellant, v. DICKERMAN, Respondent.

(Supreme Court, General Term, First Department.   April 17, 1893.)

Action by Frederick A. Haight against Watson B. Dickerman, as president of the New York Stock Exchange, impleaded, etc.   For former report, see 18 N. Y. Supp. 559.

Smith & Perkins, for appellant.
Carter & Ledyard, for respondent.

PER CURIAM.   Judgment affirmed, with costs, on opinion written on appeal from order vacating injunction.

---

## PARKER, Respondent, v. MAYOR, ETC., OF CITY OF NEW YORK, Appellant.

(Supreme Court, General Term, First Department.   April 17, 1893.)

Action by Rufus O. Parker against the mayor, etc., of the city of New York.
Jas. M. Ward, for appellant.
John A. Deady, for respondent.
No opinion.   Order affirmed.

---

## PAULISON, Respondent, v. GATES et al., Appellants, (two cases.)

(Supreme Court, General Term, First Department.   April 17, 1893.)

Action by John P. Paulison against Benjamin Gates and others, (two cases.)
Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.
Campard & Reville, for appellant.
Gerardus C. King, for respondent.
No opinion.   Motion granted, with $10 costs.

---

## RUGGLES v. STAFFORD et al.

(Supreme Court, General Term, First Department.   April 17, 1893.)

Action by Philo T. Ruggles against F. X. Stafford and others.
Motion dismissed.